Appeal No. 25194163CIV from Judgment dated December 21, 1994, Robert Lewis Gibbs, Ruling Judge, Hinds County Circuit Court, First Judicial District.
Jane E. Tucker, Betty A. Mallett, Jackson, for Appellant.
David W. Mockbee, Mary Elizabeth Hall, Moekbee Hall & Drake, Jackson, for Appel-lee.
Before THOMAS, P.J., and COLEMAN and PAYNE, JJ.
Reversed and Remanded.
FRAISER, C.J., BRIDGES, P.J., and BARBER, DIAZ, KING, McMILLIN and SOUTHWICK, JJ., concur.